Thomas Jefferson Britton, Appellant, v. Albert Ottinger, Individually and as Attorney-General of the State of New York, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Martin, JJ.

Samuel Unger, Appellant, v. B. J. & L. V. Weil, Inc., Respondent.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and Martin, JJ.

Reis Realtors, Inc., Respondent, v. Hotel Bretton Hall, Inc., and Another, Appellants.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and Martin, JJ.

Rose Cohen, Respondent, v. Solomon Cohen, Appellant.— Order modified by providing, in lieu of the provision for alimony contained in said order, that the defendant pay to the plaintiff as and for the support and maintenance of the plaintiff, within ten days from service of order with notice of entry thereof on the attorney for the defendant, a sum equal to forty dollars a week from August 6, 1927, and forty dollars weekly thereafter during the pendency of this action; and as so modified affirmed, without costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Martin, JJ.

In the Matter of Proceedings Supplementary to Execution under a Judgment in Favor of Eleanor E. Marshall, Judgment Creditor, Appellant, against Albert Miller, Judgment Debtor, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Martin, JJ.

The Continental Insurance Company and Another, Respondents, v. The Equitable Trust Company of New York, Appellant.— Order affirmed, with ten dollars costs and disbursements. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and Martin, JJ.

Chasia Shapiro, Respondent, v. Kalmon Shapiro, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Martin, JJ.

Chasia Shapiro, Respondent, v. Kalmon Shapiro, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Martin, JJ.

Spence Service, Inc., Respondent, v. Co-National Plays, Inc., Appellant.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Martin, JJ.

Cabco Sales Corporation, Appellant, v. William Goldberg, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Martin, JJ.

Cabco Sales Corporation, Appellant, v. Edward Roth, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Martin, JJ.

William Goldberg and Another, Copartners, etc., Respondents, v. Cabco

SALES CORPORATION and Another, Appellants.— Order reversed so far as to grant the motion to require plaintiffs to separately state and number the causes of action set forth in paragraphs 3d and 4th of the complaint, and in other respects affirmed, without costs of this appeal. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Martin, JJ.

WILLIAM GOLDBERG and Another, Copartners, etc., Respondents, v. CABCO SALES CORPORATION, Appellant, Impleaded, etc.— Order reversed so far as to grant the motion to require plaintiffs to separately state and number the causes of action set forth in paragraphs 3d and 4th of the complaint, and in other respects affirmed, without costs of this appeal. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Martin, JJ.

CARL IFWERSTROM, by FANNY IFWERSTROM, His Guardian ad Litem, Respondent, v. BERNARD A. O'CONNELL, Appellant.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and Martin, JJ.

MOLLIE HERMAN v. REBECCA NOVICK.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Martin, JJ.

MARIA CUOMO and Another v. MARIA C. GRANATO.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Martin, JJ.

MANSHVELL REALTY CORPORATION v. MORRIS E. GOSSETT.— Motion to dismiss appeal granted, without costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Martin, JJ.

JAMES B. EMERICK v. GEORGE McANENY and Another.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Martin, JJ.

SAMUEL SHERMAN v. CELIA JOKINSKY.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant complies with terms stated in order. Present — Dowling, P. J., Merrell, Finch, McAvoy and Martin, JJ.

BURNS BROTHERS v. I. & M. HOLDING CORPORATION, Impleaded with ABRAHAM DORB and Another.— Motion to dismiss appeal granted, without costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Martin, JJ.

A. ESCUDERO & Co., INC., v. PULP & PAPER TRADING Co., INC.— Motion to dismiss appeal granted, with ten dollars costs; unless the appellant procure the record on appeal and appellant's points to be filed on or before November 15, 1927. Present — Dowling, P. J., Merrell, Finch, McAvoy and Martin, JJ.

FRED S. JAMES v. GEORGE W. BLOSSOM.— Motion to dismiss appeal denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Martin, JJ.

KINGSTON CONSTRUCTION Co., INC., v. REALTY SURETIES, INC.— Motion to dismiss appeal granted, with ten dollars costs, unless the appellant procure the record on appeal and appellant's points to be filed so appeal can be argued on or before December 6, 1927. Present — Dowling, P. J., Merrell, Finch, McAvoy and Martin, JJ.

RUTH MINTZ v. MATTHEW MINTZ.— Motion to dismiss appeal denied, without costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Martin, JJ.